IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Floyd Williams<br>    Debtor. | BANKRUPTCY CASE NUMBER<br>19-11983/JKF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant,<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Floyd Williams<br>    Debtor/Respondent. | July 31, 2019 at 9:30 am |
| Scott Waterman, Trustee<br>    Additional Respondent. | Courtroom # 3 |

**O R D E R**

AND NOW, this __31st__ day of __July__, 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED ~~AND DECREED~~ that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 5307 North 12th Street, Philadelphia, PA 19141; and it is

~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.~~

BY THE COURT:

_/s/ Jean K. Fitzsimon_
_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE